IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Benjamin E. Schilling,                                :
                                                      :        Case No. 1:26-cv-234
        Plaintiff,                                    :
                                                      :        Judge Susan J. Dlott
        v.                                            :
                                                      :        Order Adopting Report and
Paris L. Mancilla Perez,                              :        Recommendation and
                                                      :        Dismissing Complaint without Prejudice
        Defendant.                                    :


Plaintiff Benjamin E. Schilling filed a *pro se* Complaint against Defendant Paris L.

Mancilla Perez alleging that they "were never married" and "seeking equal distribution of

assets." (Doc. 4 at PageID 15.)  He attached a letter to Perez in which he proposed a distribution

of three residential properties in Cincinnati, Ohio. (Doc. 4-1.)  He asserted no other facts and did

not allege a violation of federal law.  Both Schilling and Perez appear to be Ohio residents.  (*Id.*

at PageID 13, 14.)

Magistrate Judge Stephanie K. Bowman issued a Report and Recommendation on April

16, 2026 recommending that the Complaint be dismissed without prejudice.  (Doc. 5.)  Schilling

did not file objections.  The Court finds no clear error in the Magistrate Judge's conclusion that

Schilling has neither established the Court's subject matter jurisdiction nor failed to state a claim

upon which relief can be granted.

Accordingly, the Report and Recommendation (Doc. 5) is **ADOPTED**.  The Complaint

(Doc. 4) is **DISMISSED WITHOUT PREJUDICE**.  The Court certifies under 28 U.S.C.

§ 1915(a)(3) that an appeal of this Order would not be taken in good faith.

1

**IT IS SO ORDERED.**

BY THE COURT:

*Susan J. Dlott*

Susan J. Dlott
United States District Judge